**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **RICKY RICKY,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-1046-R** |
| | ) | |
| **CHRIS GANTT,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Amanda L. Maxfield, the Court adopts the Report and Recommendation [Doc. No. 9], in its entirety.

For the reasons stated therein, the Petition is DISMISSED without prejudice.

IT IS SO ORDERED this 13th day of July, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE